| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 165 |
| v. | ) | |
| | ) | Honorable Steven C. Seeger |
| JOHN KOSMOWKSI | ) | |

## **STIPULATIONS**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, through Assistant United States Attorneys TIFFANY ARDAM and JARED HASTEN, and the defendant, JOHN KOSMOWSKI, individually and through his attorneys, THOMAS LEINENWEBER GABRIELLE SANSONETTI, and MATTHEW MCQUAID hereby agree and stipulate as follows:

## STIPULATION 1 (Fire Station Pub Illinois Secretary of State Records)

Government Exhibit 9 is a true and correct copy of records from the Illinois Office of the Secretary of State pertaining to the Fire Station Pub, Inc.

A representative from the Illinois Secretary of State's Office would testify that Government Exhibit 9 (1) was made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of the Illinois Secretary of State's Office to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of the Illinois Secretary of State's Office.

Government Exhibit 9 is admissible in evidence.

## <u>STIPULATION 2 (Verizon Communications, Inc. Records)</u>

Government Exhibits 11 and 17 are true and correct copy of records from Verizon Communications, Inc.

A representative from Verizon Communications, Inc. would testify that Government Exhibits 11 and 17 (1) were made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of Verizon Communications, Inc. to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of Verizon Communications, Inc.

Government Exhibits 11 and 17 are admissible in evidence.

### <u>STIPULATION 3 (Bank of America, N.A. Records)</u>

Government Exhibit 15 are true and correct copies of records from Bank of America, N.A. ("Bank of America").

A representative from Bank of America would testify that Government Exhibit 15 (1) was made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of Bank of America to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of Bank of America.

## STIPULATION 4 (Cellular Telephone Numbers)

In 2017, at all relevant times as alleged in the indictment, William Mundy was the user of the telephone number assigned 708-906-3078; Sergio Rodriguez was the user of the telephone number assigned number 708-548-4191; John Kosmowski was the user of the telephone number assigned number 708-744-2902; and Krzysztof Hodurek was the user of the telephone number assigned number 773-251-8660.

## STIPULATION 5 (Verizon Records)

In 2017, at all relevant times as alleged in the indictment, the government intercepted telephone conversations pursuant to a court order for cellular telephone number (708) 906-3078, a phone used by William Mundy. Government Exhibit 101 contains true and accurate recordings of phone calls and text messages made to or from phone number (708) 906-3078 and accurately list the dates and times of the calls or text messages. Government Exhibit 101 consists of records that were made by Verizon at or near the time of the phone contacts, and the records were kept in the course of Verizon's regular business.

## <u>STIPULATION 6 (March 14, 2022 Recording)</u>

Government Exhibit 102 is a true and accurate recording made by William Mundy of a meeting with John Kosmowski on March 14, 2022. Government Exhibit 102 is offered into evidence without objection.

## STIPULATION 7 (JP Morgan Chase & Co. Records)

Government Exhibit 16 are true and correct copies of records from JP Morgan Chase & Co. ("Chase").

A representative from Chase would testify that Government Exhibit 16 (1) was made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of Chase to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of Chase.

## STIPULATION 8 (DEA Task Force Officer)

John Kosmowski was a Task Force Officer assigned to work with federal agents with the Chicago Division of the Drug Enforcement Administration between 2000 and 2014.

## STIPULATION 9 (Government Exhibit 21)

Government Exhibit 21 is a true and accurate transcript of testimony before a federal grand jury that John Kosmowski provided on January 10, 2008. Government Exhibit 21 is admissible in evidence.

SO STIPULATED AND AGREED

ON THIS, THE __26th__ OF __November__ , 2025:


/s/ Jared  Hasten
_____

**TIFFANY ARDAM**
**JARED HASTEN**
Assistant United States Attorneys



_____
JOHN KOSMOWSKI
Defendant

**THOMAS LEINENWEBER**
**GABRIELLE SANSONETTI**
**MATTHEW MCQUAID**
Attorneys for Defendant