UNITED STATES OF AMERICA    )
                             )
      v.                  )       Case No. 22 CR 165-1
                             )
JOHN KOSMOWSKI         )       Judge Steven C. Seeger

## GOVERNMENT'S WITNESS LIST

The UNITED STATES OF AMERICA, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits the following updated list of witnesses it expects to call at trial, as well as witnesses it may call at trial. The government will modify or supplement its witness list should it determine that it will be necessary to call additional witnesses.

The government expects to call the following witnesses at trial:

William Mundy

FBI Special Agent Kelly Shanahan

Krzysztof Hodurek

Retired FBI Special Agent Craig Henderson

Village Trustee Mayra Ortiz

FBI Special Agent Jeremy Bauer

Calene Zabinski, Village of Summit

IRS Special Agent Collin Thompson

The government may call the following witnesses at trial:

Lavdim Memisovski

Burt Odelson

Marny Zimmer – Former AUSA

Pamela Weaver – FEMA Grant Representative

DEA Counsel Kevin Powers

Natalia Hodurek

FBI Special Agent Brian Etchell

Retired FBI Special Agent Brendan O'Leary

FBI Special Agent Ryan Carey

Summit Village Presient Sergio Rodriguez

Magdalena Hodurek

Kamil Chomiak

Liliana Solis

USMS Representative

Village Fire Captain Anthony Anderson

FBI Special Agent Chanel Weems